IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:14mj004-DAS

ANDREW CURTIS EMERICK

## INFORMATION

The United States Attorney Charges that:

### COUNT ONE

On a date unknown, but sometime between March 4, 2014, and May 1, 2014, in the Northern District of Mississippi, ANDREW CURTIS EMERICK, defendant, did knowingly transport wildlife taken in violation of a law or regulation of the United States, that is, EMERICK, while hunting on U.S. Army Corps of Engineers land in Marshall County, Mississippi, shot and killed one (1) Eastern wild turkey without a valid Mississippi resident hunting license in violation of Mississippi Code Annotated § 49-7-21(3)(a) and Title 36, Chapter III, Part 327.08, and subsequently transported said turkey from the location of the kill, all in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(2).

### COUNT TWO

On or about May 19, 2014, in the Northern District of Mississippi and elsewhere, ANDREW CURTIS EMERICK, defendant, did knowingly transport in interstate commerce wildlife taken in violation of a law or regulation of any state, that is, EMERICK, while hunting in Nebraska, shot and killed three (3) Merriam wild turkeys without the proper license and/or permits in violation of Nebraska state law Title 163, Chapter 4, 001.01B, Chapter 37-411, Chapter 37-457, Chapter 37-613, and Title 36 Chapter II Part 261.8, and subsequently transported said turkeys from Nebraska to the Northern District of Mississippi, all in violation of

16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2).

*for the* William C. [signature], FAUSA
UNITED STATES ATTORNEY