Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## **NOTICE**

USA                                                                              PLAINTIFF

V.                                                      CRIMINAL CASE NO. 1:14-MJ-4-DAS

ANDREW CURTIS EMERICK (1)                                                DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been set as shown on the place, date, and time set forth below:

| Place | Room No. 218 |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | Date and Time<br>12/16/2015<br>10:00 A.M. |

Type of Proceeding

**PLEA HEARING
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS**

            **DAVID CREWS**
            **Clerk of Court**

            **By: /s/ Jennifer L. Frantz**
            **Courtroom Deputy**

**Date: November 23, 2015**

**To:    All Counsel of Record**